FILED & JUDGMENT ENTERED
Steven T. Salata

June 29 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Gary Louis Mitchell**, | ) | Chapter 7 |
| | ) | Case No. 17-31661 |
| Debtor. | ) | |
| | ) | |

## ORDER TO APPEAR AND SHOW CAUSE

**THIS MATTER** is before the Court on a review of the *pro se* Debtor's Rule 1019 Report and Statement of Intent (Doc. No. 127, 131). The Court issued a Notice of Defective Filing (Doc. No. 128) in response to the forms due to the issue that the Rule 1019 report contained new information and the amended Form 106/206 Summary of Your Assets and Liabilities and Certain Statistical Information was not included. The Notice provided that the Debtor was to file the corrected documents by June 21, 2021. The Debtor did not file new documents but instead filed the same forms and served them on interested parties.

Accordingly, the Debtor is hereby **ORDERED** to **APPEAR** and **SHOW CAUSE** why this case this case should not be dismissed, or sanctions imposed upon the Debtor. The Court will conduct a hearing on this Order to Appear and Show Cause at **9:30 A.M.** on **July 26, 2021** at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 2B, Charlotte, North

Carolina 28202, and the Debtor is ordered to **APPEAR** on that date. The Debtor is directed to cure the noted issues prior to that hearing date.

**SO ORDERED**.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court